No. 86–1306.   ILLINOIS *v.* WISEMAN.   App. Ct. Ill., 1st Dist. Certiorari denied.

No. 86–1307.   WINDON THIRD OIL & GAS DRILLING PARTNERSHIP ET AL. *v.* FEDERAL DEPOSIT INSURANCE CORPORATION ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 86–1310.   KUSTINA *v.* CITY OF SEATTLE.   C. A. 9th Cir. Certiorari denied.

No. 86–1314.   HUBBARD *v.* COMMISSIONER OF PATENTS AND TRADEMARKS.   C. A. Fed. Cir.   Certiorari denied.

No. 86–1315.   CLOUGH ET AL. *v.* COMMISSIONER OF PATENTS AND TRADEMARKS.   C. A. Fed. Cir.   Certiorari denied.

No. 86–1317.   49ER CHEVROLET, INC., ET AL. *v.* GENERAL MOTORS CORP. ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 86–1318.   MONOCLONAL ANTIBODIES, INC. *v.* HYBRITECH, INC.   C. A. Fed. Cir.   Certiorari denied.

No. 86–1323.   SCHWANDER ET UX. *v.* CORDOVA.   C. A. 9th Cir.   Certiorari denied.

No. 86–1324.   HARDIN *v.* MCMASTER.   C. A. 5th Cir.   Certiorari denied.

No. 86–1337.   BURNS ET AL. *v.* CHISUM INDEPENDENT SCHOOL DISTRICT ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 86–1341.   CONNECTICUT PERFORMING ARTS FOUNDATION, INC. *v.* BROWN, TAX COMMISSIONER OF THE STATE OF CONNECTICUT.   C. A. 2d Cir.   Certiorari denied.

No. 86–1362.   LODI ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 9th Cir.   Certiorari denied.